ALBANY,
Oct. 1827.

Hoffnagle
v.
Leavitt.

HOFFNAGLE *against* LEAVITT.

Declaration in trover for notes, misdescribing them, amended after verdict, and a case, made upon which the variance was presented as one objection. But, it appearing that the defendant's reliance on the variance, under advice of counsel, had caused a material want of preparation for defence on the merits, the motion was accompanied with the condition that the plaintiff should consent to a new trial. Otherwise, that the case should proceed to argument with the variance upon it.

IN trover for two promissory notes, the declaration varied from the notes a few cents in setting them out; but the judge at the circuit directed a verdict for the plaintiff notwithstanding the variance; and a case was made on which to move for a new trial, on this ground among others.

A motion was now made on the part of the plaintiff, to amend the declaration, so as to make it conform to the true amount of the notes.

In opposition to this motion, the defendant made an affidavit, that, in consequence of being advised by counsel that the plaintiff must be nonsuited, he neglected fully to prepare for his trial, stating one particular in which he was not prepared; the omission to procure a witness who would have proved a fact, on the want of which the judge laid great stress in his charge, (showing the particulars.)

[*518] z

*S. A. Foot*, for the motion.

*H. Bleecker*, contra, cited 6 Cowen, 367; 18 John. 511, 512.

*Curia.* The amendment sought, is within the principle of several cases decided by this court; and it should be granted. But that must be without prejudice to the defendant. He and his counsel were, in fact, misled, so as not fully to prepare the defense; and this by the omission of the plaintiff. We, therefore, direct the amendment; but it must be on the condition that the plaintiff consent to a new trial, within 30 days. If he withholds such consent, the case must proceed to argument, with the variance upon it.